UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

*******************************************
| | |
|---|---|
| Jessica Dennis, | * |
|     Plaintiff, | * |
|     v. | *    **No. 1:11-cv-00302-JL** |
| Town of Loudon, | * |
| Robert N. Fiske, in his official capacity as the | * |
|     Chief of the Loudon Police Department, | * |
| Gregory L. Bavis, individually, | * |
| Robert S. Akerstrom, individually, | * |
| Gregory N. Ferry, individually, | * |
|     Defendants. | * |

*******************************************

### DEFENDANTS TOWN OF LOUDON'S, CHIEF ROBERT N. FISKE'S, CORPORAL ROBERT S. AKERSTROM'S & OFFICER GREGORY L. BAVIS'S ASSENTED TO MOTION TO JOIN AND ADOPT CO-DEFENDANT'S "DEBENEDETTO" NOTICE (Court Doc. No. 14)

NOW COME defendants Town of Loudon, Chief Robert N. Fiske, Corporal Robert S. Akerstrom and Officer Gregory L. Bavis, by and through their counsel, Curtin, Murphy & O'Reilly, PC, and submit their assented to motion to join and adopt co-defendant's "Debendetto" Notice/Disclosure (Court Doc. No. 14), stating as follows:

1. Co-defendant, New Hampshire State Police Sergeant Gregory Ferry, recently filed his "Debenedetto" Notice/Disclosure with this court (Court Doc. No. 14).

2. The undersigned has recently completed a jury trial in the Merrimack County Superior Court (and an approximate one week loss of power at his residence); accordingly, the undersigned did not tender his disclosure during the applicable week.

3. With respect to the negligence theorem asserted, the undersigned and the Town of Loudon defendants wish to join in and adopt the previously filed notice/disclosure of the State.

4. The undersigned has contacted plaintiff's counsel, Nicholas Brodich, Esquire, who has provided his assent to this motion and relief sought herein. There will be no prejudice, nor need to extend other deadlines, occasioned by this motion. There is no legal memorandum necessary and no hearing is requested. *Id*.

WHEREFORE, these defendants, Town of Loudon, Chief Robert N. Fiske, Corporal Robert S. Akerstrom and Officer Gregory L. Bavis, by and through their counsel, Curtin, Murphy & O'Reilly, P.C., respectfully request that this Court:

A. Grant this assented to motion to join and adopt co-defendant's "Debendetto" Notice/Disclosure (Court Doc. No. 14);

B. Permit these defendants to incorporate and adopt such disclosure (Court Doc 14); and

C. Grant such other and further relief as justice may require.

Respectfully submitted,

Town of Loudon,
Chief Robert N. Fiske,
Corporal Robert S. Akerstrom and
Officer Gregory L. Bavis

By their counsel,

Curtin, Murphy & O'Reilly, PC

Date: November 9, 2011  /s/  John A. Curran
John A. Curran (NH Bar # 8150)
One Tara Blvd., Suite 309
Nashua, NH 03062
Tel: (603) 888-7384 [direct]
jcurran@cmopc.com

CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing is being contemporaneously served on the following counsel of record by means of ECF notice: Nicholas Brodich, Esquire and Michael Sheehan, Esquire (for the plaintiff) and the New Hampshire Attorney General's Office (for the co-defendant).

            /s/   John A. Curran
            John A. Curran (NH Bar # 8150)