UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Jessica Dennis, | |
|     Plaintiff | |
| v. | Civil No. 1-11-cv-0302-JL |
| Town of Loudon, et al., | |
|     Defendants | |

## WITHDRAWAL

Please enter my withdrawal as co-counsel for the Defendant, New Hampshire State Police Sergeant Gregory N. Ferry in the above captioned case.

                                                Respectfully submitted,

                                                Gregory N. Ferry
                                                By his attorney,

                                                Michael A. Delaney
                                                Attorney General

Date:  November 18, 2011          /s/   John C. Vinson_____
                                                John C. Vinson (NH Bar No. 9181)
                                                Attorney
                                                New Hampshire Attorney General's Office
                                                33 Capitol Street
                                                Concord, New Hampshire 03301-6397
                                                Telephone:  (603) 271-3675
                                                Email:  john.vinson@doj.nh.gov

### Certificate of Service

I certify that a copy of the foregoing was served through ECF to Nicholas Brodich, Esquire and John A. Curran, Esquire.


November 18, 2011                                      /s/   John C. Vinson_____